# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHAD GREEN,

      Petitioner,

   v.

CRAIG LOWE,

      Respondent.

No. 4:26-CV-01009

(Chief Judge Brann)

## ORDER

### MAY 7, 2026

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Green's 28 U.S.C. § 2241 petition (Doc. 1) is **GRANTED**;

2. The Government **SHALL** either shall release Green on his own recognizance pursuant to 8 U.S.C. § 1226(a), or provide Green with an individualized bond hearing at which he may present evidence on or before Thursday, May 21, 2026;

3. On or before Friday, May 29, 2026, Respondent **SHALL** file with the Court a status report that certifies compliance with this Order. The report must detail if and when the bond hearing occurred, if bond was granted or denied and, if denied, provide a detailed explanation of the reasons for such denial; and

4.      The Clerk of Court is directed to **CLOSE** this case.


BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge