**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHAD GREEN,<br><br>Petitioner,<br><br>v.<br><br>CRAIG LOWE,<br><br>Respondent. | No. 4:26-CV-01009<br><br>(Chief Judge Brann) |

**ORDER**

**AUGUST 31, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Petitioner Chad Green's motions to enforce the Court's prior Order and for the Court to conduct a bond hearing, Docs. 14, 16, and 17, are **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge